UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CITY OF CREVE COEUR, MISSOURI, on behalf of itself and all others similarly situated<br><br>      Plaintiffs,<br><br>v.<br><br>NETFLIX, INC. and HULU, LLC.,<br><br>      Defendants. | Case No.: 18-cv-04195-SNLJ |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

  Pursuant to Local Rule 3-2.09 of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, counsel of record for Hulu, LLC ("Hulu") hereby discloses the following organizational interests:

  Hulu is a limited liability company whose members are Twenty-First Century Fox, Inc., Comcast Corporation, The Walt Disney Company, and Warner Media LLC.

  Twenty-First Century Fox, Inc. is a corporation formed under the laws of the State of Delaware with its principal place of business located in New York, New York.

  Comcast Corporation is a corporation formed under the laws of the Commonwealth of Pennsylvania with its principal place of business located in Philadelphia, Pennsylvania.

  The Walt Disney Company is a corporation formed under the laws of the State of Delaware with its principal place of business located in Burbank, California.

Warner Media LLC is a limited liability company whose sole member is AT&T Inc. AT&T Inc. is a corporation formed under the laws of the State of Delaware with its principal place of business located in Dallas, Texas.

Dated: September 13, 2018

**IRELL & MANELLA LLP**
Victor Jih (*pro hac vice* forthcoming)
Andrew J. Strabone (*pro hac vice* forthcoming)
Moon Hee Lee (*pro hac vice* forthcoming)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone: (310) 277-1010
vjih@irell.com
astrabone@irell.com
mhlee@irell.com

**Of Counsel**

Respectfully Submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Darci F. Madden*
Darci F. Madden, MO #51463
211 N. Broadway, Suite 3600
St. Louis, MO  63124
Telephone: (314) 259-2366
Facsimile: (314) 552-8366
dfmadden@bclplaw.com

*Attorneys for Defendant Hulu, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by operation of the Court's CM/ECF system on all counsel of record this 13th day of September, 2018.

 /s/  *Darci F. Madden*