IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

CITY OF CREVE COEUR, MISSOURI, on behalf of itself and all others similarly situated,

    Plaintiffs,

v.

NETFLIX, INC. and HULU, LLC,

    Defendants.

No. 4:18-cv-01495-SNLJ

**DECLARATION OF GARRETT BROSHUIS IN SUPPORT OF PLAINTIFFS' COMBINED REPLY IN SUPPORT OF MOTION TO REMAND**

Garrett Broshuis declares:

1. I am one of the attorneys principally responsible for the handling of this matter. I submit this declaration in support of Plaintiffs' Combined Reply in Support of Motion to Remand. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit A to this declaration is a true and accurate copy of search results obtained from the Missouri Public Service Commission's website. Our law firm accessed the search results on October 23, 2018 by selecting "Greene County" from a dropdown menu at the following URL: https://www.efis.psc.mo.gov/mpsc/VideoFranchiseAuthorization.html. The search results were then downloaded to PDF format without alterations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2018 in St. Louis Missouri.

_____
Garrett Broshuis