## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CITY OF CREVE COEUR, MISSOURI, *on behalf of itself and all others similarly situated,* ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 4:18CV1453 RLW |
| DIRECTV, LLC, et al., ) ) | |
| Defendants. ) | |

**AND**

| | |
|---|---|
| CITY OF CREVE COEUR, MISSOURI, *on behalf of itself and all others similarly situated,* ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 4:18CV1495 SNLJ |
| NETFLIX, INC., et al., ) ) | |
| Defendants. ) | |

## ORDER OF REMAND

Pursuant to the Memorandum and Order entered this day,

**IT IS HEREBY ORDERED** that Plaintiff City of Creve Coeur, Missouri's Motions to

Remand to State Court (No. 4:18CV1453, ECF No. 39; No. 4:18CV1495 SNLJ, ECF No. 28) are

**GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that these matters are

**REMANDED** to the Twenty-First Judicial Circuit of Missouri in St. Louis County for further

proceedings.

Dated this 6th day of August, 2019.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**