UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CREVE COEUR, MISSOURI, *on behalf of itself and all others similarly situated*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:18CV1453 RLW |
| DIRECTV, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

**AND**

| | | |
|---|---|---|
| CITY OF CREVE COEUR, MISSOURI, *on behalf of itself and all others similarly situated*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:18CV1495 RLW |
| NETFLIX, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Motion to Stay Order of Remand field by Defendants DIRECTV, LLC, DISH Network Corp., DISH Network, L.L.C., Netflix, Inc., and Hulu, LLC (referred to collectively as "Defendants"). (ECF No. 61)[1] Defendants seek a stay of the Court's August 6, 2019 Order of Remand (ECF No. 59) pending the Eighth Circuit's decision on their Petition for Permission to Appeal (ECF No. 60) pursuant to 28 U.S.C.

---

[1] The docket citations refer documents filed under case number 4:18CV1453. This Order shall be filed under both consolidated case numbers.

- 2 -

§ 1453(c). The motion was fully briefed as of September 10, 2019. The Eighth Circuit denied Defendants' petition and issued the mandate on this day. (ECF Nos. 65 & 66)

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Order of Remand (ECF No. 61) is **DENIED as moot**.

Dated this 12th day of September, 2019.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**